Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

## DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF   ☐ ST. THOMAS/ST. JOHN   ☐ ST. CROIX

Hiram Rasool Abiff et-al )
(Print your full name) )
)
Plaintiff *pro se*, )        **COMPLAINT**
)
v. )
U.S.H.U.D Secretary Marcia Fudge )        Civil Action No. _____
V.I.H.Authority Exec.Dir.Robert Graham )        (To be provided by the Clerk of Court)
)
V.I.H.Authority Board of Directors Chair Dina Perry-Malone )
Defendant(s)

**Provide full name(s) of defendant(s).** If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part II below.

### I. Jurisdiction is asserted pursuant to (CHECK ONE):

☐ 42 U.S.C. §1983 (for claims against state actors)

☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for claims against federal actors)

### II. Parties in this complaint:

A. List your name, address and telephone number. You **must** keep the Clerk of Court apprised of your current contact information.

Name: Hiram Rasool Abiff et-al
Street Address: 9900 O.H.Ct. Bldg.30 Apt. 270
City/State/Zip Code: St. Thomas, U.S. Virgin Islands 00802
Telephone No.: (340) 774 - 6689    Email Address: dreadup1@gmail.com

B. Provide the name and address of each defendant listed in the caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Hon.Marcia Fudge
Position/Title: Secretary
Place of Employment: U.S. Department of Housing and Urban Development
Type of Suit (check all that apply):   ☒ individual capacity   ☒ official capacity
Address: U.S. Department of Housing and Urban Development, Washington D.C

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

    Defendant No. 2

    Name: Robert Graham

    Position/Title: Executive Director

    Place of Employment: Virgin Islalnds Housing Authority

    Type of Suit (check all that apply): ☒ individual capacity  ☒ official capacity

    Address: 9900 Oswald Harris Court, VI 00802-3100

    SEE ATTACHED: Defendant No.3

If there are more than two defendants, attach a separate sheet. For each defendant, specify: (1) name; (2) position/title; (3) place of employment; (4) type of suit; and (5) address.

### III. Statement of Claim(s)

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action. Include also the names of other persons involved in the events giving rise to your claims. If you assert multiple claims, number and set forth each claim in a separate paragraph. **Do not give any legal arguments or cite any cases or statutes**.

    A. Where did the events giving rise to your claim(s) occur? St. Thomas, U.S. Virgin Islands.

    B. What date did the events giving rise to your claim(s) occur? Between 2012 and 2023.

    C. Identify the constitutional rights you believe have been violated. *If there are more than four counts, attach a separate sheet.*

        i. Count I: The fourteenth amendment

        ii. Count II: The fourteenth amendment

        iii. Count III: The fourteenth amendment

        iv. Count IV: The fourteenth amendment

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

D. Provide the essential facts of your case "**IN NUMBERED PARAGRAPHS, EACH LIMITED AS FAR AS PRACTICABLE TO A SINGLE SET OF CIRCUMSTANCES.**"[1] *Attach additional sheets of paper as necessary, numbering each allegation.*

1. Petitioner Hiram Rasool Abiff et - al is appealing a ruling from U.S.H.U.D dated February 8,2022 that determined that no reasonable cause exists to believe that a discriminatory housing practice has occured. This finding is based on misinformation and deliberate fasle statements against petitioner and my family. TITLE VIII CASE NUMBER: 02-21-9080-8 Case Number: 02-21-0231-6 Inquiry NO. 647370

2. Although defendant V.I.H.A Director Graham said from 2012 that V.I.H.A would look into feasibility of Homeownership for 18 units in O.H.C, nothing has been done to bring about the possibility for O.H.C residence to obtain homeownership while promoting Williams Delights' homeownership program with all resources coming form HUD for fostering homeownership in the V.I. Denying us petitioner equal protection and opportunity under U.S. constitution and our rights as Honorably Discharged Veterans of the U.S. Military to pursue the American Dream of Homeownership. We're not begging for handouts - just a helping hand.

3. Defendant V.I.H.A gave United States Department of Housing and Urban Development (HUD) false information that was used to make decisions to deny our claim of Civil Rights and equal protection of the law violation: To Wit: Complainant was never told in writing or verbal that Oswald Harris Court (O.H.C) was not approved for the program as it failed to meet the criteria for participation. V.I.Housing Authority (VIHA) through it's executive director never had any intention to help O.H.C tenants council obtain homeownership - 1. While Defendant claimed to help us he was submitting an Annual Plan for 2021 - 2025 that contemplates converting Public housing units from O.H.C into Project based Assistance under the Rental Assistance Demonstration (RAD). This deception denied Petitioner et - al of due process of the law and 14th amendment rights.

4. Defendant through it's hired Counsel, told an untruth when it was stated: " that I or we was told request for homeownership request were discussed with him numerous times during Board meetings, and that he was verbally told that O.H.C could not participate in the program as O.H.C failed to meet the program criteria for participation". No meeting of the V.I.H.A Board of Commissioners do the public have any exchange with board members besides questions from board members on clarity of public complaints seeking redress.

5. Defendant VIHA was aware of Act No. 6111 and Bill No.21-0173 of VI Home ownership law passed in 1996, that after twenty years a housing tenant would be eligible to purchase our home from a sliding scale down to as little as a dollar. While VIHA tenants relied on this right under law VIHA did nothing to foster it in St. Thomas / St. John district. Only on St. Croix has a 5H HUD approved homeownership been applied, although it's been on the books over thirty years. Nor did defendant VIHA executive director see to reconcile VI Legislature Bill No. 21-0173 for homeownership with HUD 5H now Section 32 homeownership because VI Legislature cannot pass laws in conflict with Federal laws or rules unless approved by U.S. HUD. So we the tenants have been fooled two ways; in denying us due process *SEE ATTACHED SHEET 5a

6. We had an after-school Street Academy in OHC Ruth Dazle community center. Resident council paid Dr. A.Celaires' $800.00 monthly fees to teach and work our tenants and their children out of our pocket. VIHA didn't help us with a dime to pay Dr.Celaire for his service.
Dr. Celaire is Phd.,one of the BEST educational minds we had here in the Virgin Islands.
All this is necessary to show familia discrimination of my family who is willing to serve our fellow Virgin Islanders without pay.
To illustrate the extent of discrimination done to our family that can be proven - four of my sons' passed the Police exam: In details:
One is a college graduate; he didn't have to pass the written test with his B.A. degree - yet he wasn't called for an interview. When an an enquiry was made. My son Muhammad was given a polite no. You did good - because he maxed the written test, and came in third with the shooting. But they had a candidate more qualified. All the while, advertisements were put out for applicants, and those who failed classes were provided with tutoring at UVI to aide them in retaking the test. Two other sons' also passed, with 88% and were never interviewed.

---

[1] FED. R. CIV. P. 10.    one is a Sargeant in the VI National Guard. * SEE ATTACHMENT SHEET 6.A

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

## IV. Damages

Describe how you were damaged by any action or conduct of the defendant(s). If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. We have collectively been morally, physically, and materially damaged by total disrespect, and disregard of our basic human rights to seek to improve our living conditions from poverty to on the level with other homeowning members of our community enjoying the American dream of Homeownership: By defendants doing nothing to foster our pleads, petitions, and appeals.

As recent as defendant Executive director Graham's appearance before VI legislatures' Housing committee, chaired by Hon. senator Blyden (former OHC property manager). He was asked about Homeownership for the eighteen (18) units we seek. He told the committee he's looking into it - while telling HUD all units in OHC will be torn down if the RAD plan is funded and approved by them. Defendant Graham breached his trust when in a telephone call in 2022, shortly after the HUD ruling sent to us dated 2/8/2023. He asked Petitioner and co-petitioner who is (Resident Commissioner) on VIHA board not to go to court to appeal this denial, that he would help us through a feasibility study, and the necessary application to HUD to obtain our goal of homeownership. To this day he hasn't done a thing to foster our objective but give us lip service.

## V. Relief Requested (*check only those that apply*). If you named two or more defendants and are seeking different relief against each defendant, indicate accordingly.

$25,000.00 x 18 units = $450,000.00. $15,00.00 is already included in the renovation when units

☒ Monetary damages in the amount of: are being sold through HUDs' 5H program. But since phased out, it revert against: to Sec.32 of HUDs' homeownership program. * see page 4a V. Releif Requested

    X All defendants    ___ Def. No. 1    ___ Def. No. 2

☒ An injunction ordering against: To grant OHC 18 units leaseholder opportunity to get financing to purchase our units and be given equal treatment as Williams Delight to obtain means of purchase VA loans, bank loans, etc.

    X All defendants    ___ Def. No. 1    ___ Def. No. 2

☒ Other (*specify*): Chairperson, VIHA Board of Commissioners.
against:

    ___ All defendants    ___ Def. No. 1    ___ Def. No. 2

☒ Costs and fees incurred in litigating this matter.

☒ Trial by jury on all issues so triable.

☒ Such other relief as may be appropriate.

## VI. Previous Lawsuits

A. Have you filed other lawsuits in federal court dealing with the same facts involved in this action?
    ☐ Yes  ☒ No

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 6 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

    1. Court: _____

    2. Case/Docket/Index Number: _____

    3. Date lawsuit filed: _____ Date closed _____

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

## VII. Verification and Declaration under Penalty of Perjury

*Initial each of the following:*

__X__   I have included **one** properly completed Form JS 44 Civil Cover Sheet (available from the clerk's office).

_____   I have included **one** properly completed Form VI-AO 44 Summons in a Civil Action (available from the clerk's office) **for each defendant** I am suing, including the defendant's full name, job title and work address.

__X__   In addition to this complaint with an original signature, I have included **one copy** of this complaint for **each defendant**.

_____   I have included:

   ☐ Full payment of the filing fee ($400.00) via cash (delivered in person) or check or money order payable to Clerk, District Court of the Virgin Islands; **or**

   ☒ A properly completed Motion to Proceed *In Forma Pauperis* in a Non-Prisoner Civil Action (Form VI-AO 240-NP)

   **\*\*I have included the following (available from the clerk's office):

   ☐ Motion for Permission for Electronic Case Filing ("e-filing or ECF")

   _____   I understand the Court may deny my ECF motion pursuant to Local Rule of Civil Procedure 5.4(b)(2).

   _____   I understand if the Court grants my ECF motion, it may subsequently terminate my e-filing access.

   ☐ Pro Se ECF Registration Form

\*\* *INITIAL and complete ECF motion/registration form only if you have access to a computer and an email account.*

__X__   I agree to promptly notify the clerk of any change of address.

__X__   I have read all of the statements in this complaint. [*Do not forget to keep a copy for your records.*]

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THIS DOCUMENT IS TRUE AND CORRECT. 28 U.S.C. §1746; 18 U.S.C. §1621

This __1__ day of __May_____, 20__23__.

_____Hiram Rasool Abiff_____
Signature of plaintiff

DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS / ST. JOHN

Defendant No. 3

Dina Perry – Malone

Chairperson, Board of Commissioners

Virgin Islands Housing Authority

Type of Suit   X Individual Capacity     X Official Capacity

9900 Oswald Harris Court St. Thomas, VI 00802- 3100

DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS / ST. JOHN

Pro Se Civil Rights Complaint (non – prisoner)

## 4.a V Relief Requested Continued

The additional monetary award of $10,000.00 per unit (this $10,000.00 will be used to clean our cisterns out to collect water as housing will no longer provide water). Also, for the deliberate neglect of VIHA to our units because of their plans to tear down all units, without tenants in put and a place for us to move to; knowing the housing market is limited based on demand and homeowners choose Air BNB over long-term rental. This is the current Market reality in the USVI real estate market. Especially in St. Thomas / St. John division.

District Court of the Virgin Islands

Division of St. Thomas / St. John

Pro Se Civil Rights Complaint (non-prisoner)

Attachment 5a pg. 3 of 5

5.a due process of the law. V.I. Legislature passed Bill 21-0173 making us tenants feel we would be able to own our units after twenty years, meeting the buyout conditions to get re-elected. And defendant Graham who took over when Federal government put VIHA in receivership, has been executive director almost twenty years did nothing to foster homeownership although given lip service year in and year out about him "going to look into it", depriving us tenants of our opportunity due process right to better life, and pursuit of happiness.

Defendant VIHA has done everything against petitioner and our family to hinder us from pursuing homeownership and improve quality of life for fellow tenants within OHC and VIHA.

Two members of my family got the highest number of votes in 2012 election, and we were told that we couldn't take office because not enough tenants voted in the election, although I was voted in as President. Defendant Graham didn't have another election until four years later in December 2016; and he grudgingly had to acknowledge again, Petitioner and son Simba Abiff had the most votes for President and Vice President.

The next tactics was to acknowledge us as Head of Tenants Council, but don't give nothing to work with – while giving other tenants council $25.00 per occupied unit. For the seven years we have been officers of OHC council, we have never received a dollar form VIHA although HUD gives money per occupied units each year for tenants' councils. This is discrimination. BOLD FACED. We never had a tenants council office until December 2022. Then no furniture until April 2023. But we still have no phone, computer, or internet / Wi-Fi access so we can't Open Office to deal with tenant complaints and issues. We are returned to tenants coming to or calling our home, or cell to make their concerns known.

District Court of the Virgin Islands
Division of St. Thomas / St. John

Pro se Civil Rights Complaint (non-prisoner)

Attachment 6.a pg.3 of 5

6.a I must say that my protesting about the injustice got an interview through the honorable senator M. Blyden with the then Commissioner Christian, and he immediately acknowledged the discrimination done to my family and ordered an interview of Simba Abiff (who has the B.A. in Business Administration) before he left office.

This, although not directly part of instant action, has to be made aware to this honorable court because we not Superman – just man and Veterans within our family – who served for the very rights for homeownership that most of the people working overtime to block us never did not service for our Nation but reap the spoils.

We respectfully request an Attorney and proceed in Forma Pauperis if the court see us eligible, God willing.

Respectfully Submitted,

Hiram Rasool Abiff

President OHC Resident Council

Petitioner et - al