IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **HIRAM RASOOL ABIFF,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:23-cv-0020 |
| ) | |
| **MARCIA FUDGE,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated January 22, 2024, recommending that Plaintiff's application for leave to proceed in forma pauperis be granted and the complaint dismissed for failure to state a claim. (EF No. 3.) Finding no clear error after careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 3, is **APPROVED** and **ADOPTED** as an Order of this Court; it is further

**ORDERED** that Plaintiff's application for leave to proceed in forma pauperis is **GRANTED**; it is further

**ORDERED** that the complaint is **DISMISSED**; it is further

**ORDERED** that the Clerk's Office **SHALL** mail a copy of this Order to the Plaintiff's last known address; and it is further

**ORDERED** that the Clerk's Office shall **CLOSE** this case.

**Date:** February 14, 2024          /s/ *Robert A. Molloy*
                                     **ROBERT A. MOLLOY**
                                     **Chief Judge**